IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 05-03142-03-CR-S-DW |
| v. | ) | |
| VONNIE E. YOUNG, | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Magistrate Judge James C. England's Report and Recommendation (Doc. 50) to deny Defendant Vonnie E. Young's motion to suppress (Doc. 30). Young objects to the Report and Recommendation (Doc. 53). After an independent review of the transcript of the evidentiary hearing, the applicable law, and the parties' arguments, the Court ADOPTS the Magistrate's proposed findings of fact and conclusions of law. Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order and DENIES Young's motion to suppress (Doc. 30).

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: November 21, 2006